UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC S. HOWELL; GENEVIEVE F. HOWELL, | No. 2:18-cv-03113-TLN-DB |
| Plaintiffs, | **ORDER** |
| v. | |
| PNC BANK; AND, DOES 1 THROUGH 5 INCLUSIVE, | |
| Defendants. | |

Plaintiffs Eric S. Howell and Genevieve F. Howell are proceeding *pro se* in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On September 18, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days after service of the findings and recommendations. (ECF No. 17.) The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are

1

reviewed *de novo*; *see also* 28 U.S.C. § 636(b)(1).  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 18, 2019 (ECF No. 17), are adopted in full; and

2. This action is DISMISSED without prejudice.  Local Rule 110; Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: October 29, 2019

Troy L. Nunley
United States District Judge